BRAZIE B. RIBAUDO AND EMIL BEDNARCZYK, PLAIN-
TIFFS-APPELLANTS, v. HELEN GERBER AND EDWARD
REMBISZ, DEFENDANTS-RESPONDENTS.

Argued February 13, 1956—Decided February 20, 1956.

*Mr. James A. Major* argued the cause for the appellants.

*Mr. Thomas P. Cook,* Deputy Attorney-General, argued
the cause for the respondents (*Mr. Grover C. Richman, Jr.,*
Attorney-General).

PER CURIAM.   In the light of the school board election
held in the Borough of Wallington last Tuesday the issues
raised on this appeal have become moot. The appeal there-
fore is dismissed.